U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

86 Chambers Street
New York, New York 10007

September 20, 2023

**BY ECF**
The Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:    *United States v. Scott Burko*, 10-CR-291 (KMK)

Dear Judge Karas:

The Government respectfully requests leave of Court to file an oversized brief as its Reply in Support of its Motion for Default, Modification of Payment Schedule, and Turnover Order, which is due on September 22, 2023. The Government seeks to file a 14-page brief to fully address the arguments made in the defendant's Response.

The Government has conferred with defense counsel, who does not object to this request. The Government thanks the Court for its consideration.

Granted.

So Ordered.

9/20/23

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Melissa A. Childs*
   MELISSA A. CHILDS
   Assistant United States Attorney
   Telephone: (212) 637-2711

cc:  Edward Paltzik (by ECF)
     Erik Dykema (by ECF)